9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk/Newport News Division

## SENTENCING MINUTES

Set:      11:00 a.m.
Started: 11:00 a.m.
Ended: 12:35 p.m.

Date:              July 10, 2026
Judge:              Arenda Wright Allen
Court Reporter:      Michelle Maar
U.S. Attorney:      Eric Hurt
Defense Counsel:      Richard Doumar/Jeremy Mason (Forfeiture)
Courtroom Deputy:   Lorraine Curtis
Probation Officer:   Joshua Coleman

Case No.        4:23cr54-003
Defendant:      Zuti Anthony Dre'-Olive Reeves                    (X) in custody  (  ) on bond

 X    Came on for disposition.     X   Defendant sworn.        ___ Interpreter sworn

 X    Court finds the defendant GUILTY as to Counts  1 and 84   after a plea before a USMJ.

 X   Presentence Report reviewed.      ___ Objections heard and rulings made.

 X   Court adopts PSR for the purpose of establishing the advisory guidelines.

 X   Arguments of counsel heard.

 X   Unsworn statements of family members of the defendant. (wife and two minors)

 X  Statement of defendant heard.

## IMPRISONMENT:

SENTENCE: Counts   1 and 84  : The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of **FORTY (40) MONTHS.** The term consists of  TWENTY (20) MONTHS on Count 1 and a term of TWENTY (20) MONTHS on Count 84, all to be served consecutively.

 X    The defendant is remanded to the custody of the U.S. Marshal.

___    The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal before _____ on _____, as notified by the U.S. Marshal.

___    If defendant is unable to arrange transportation to the designated institution, the United States Marshal will arrange transportation for the defendant.

___    If the defendant is not notified by the United States Marshal of the institution designated, the defendant shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, by _____ on _____ _____, to begin service of the sentence.

## PROBATION:

___    The defendant shall be placed on probation for a term of ___ years.

## SUPERVISED RELEASE:

 X    Upon release from imprisonment, the defendant shall be on supervised release for a term of FIVE (5) YEARS. The term consists of FIVE (5) YEARS on Count 1 and  a term of FIVE (5) YEARS on Count 84, all to run concurrently.

___   The Court will not impose a term of supervised release as it is not required by statute and the defendant is a deportable alien who likely will be deported after imprisonment.

## Standard Conditions of Supervised/Probation:
The defendant shall report in person to the probation office in federal judicial district where you are authorized to reside within 72 hours of release from the custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

## Special Conditions of Supervised Release/Probation:

*The defendant waived the reading of the special conditions in open court.*

*The defendant shall comply with the standard and special conditions that have been outlined in the PSR and incorporated into the Judgment.*

## FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

 X  As to count  1  , the defendant shall pay a special assessment in the amount of  $100.00    .
 X  As to count  84  , the defendant shall pay a special assessment in the amount of  $100.00    .

The total special assessment due is    $200.00        and shall be due in full immediately.

## FINE:
 X   No fine imposed.
___ Court finds defendant is unable to pay fine.

## RESTITUTION:

 X   No restitution imposed.

___ The defendant shall make restitution in the amount of $_____.

___ Restitution Judgment Order, entered and filed in open court.

## SCHEDULE OF PAYMENTS:

 X   The special assessment shall be due in full immediately.

___ At the time supervision commences, the probation officer shall take into consideration the defendant's economic status as it pertains to his ability to pay the special assessment and statutory victim assessment ordered and shall notify the court of any change that may need to be made to the payment schedule.

___ Each restitution payment shall be divided proportionately among the payees named.

 X   Any special assessment payments may be subject to penalties for default and delinquency.

 X  Nothing in the Court's order shall prohibit the collection of any judgment by the United States.

 X   Since this judgment imposes a period of imprisonment, payment of Criminal Monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments are to be made to the Clerk, United States District Court, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.

 X   The defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until the special assessment imposed by this judgment is fully paid.


___The defendant notified of right of appeal.

 X   Court noted that defendant waived right of appeal in plea agreement.

 X    On motion of government, all remaining counts dismissed.

___ The defendant is continued on present bond and cautioned re bail jumping.


  X   Court recommends incarceration at

          X   a facility as close to the Tidewater Virginia area as possible.
          X   a facility with a Residential Drug Abuse Program (RDAP) when and if defendant qualifies.

          X   a facility with vocational and educational opportunities, to include obtaining a GED.


 X   Consent Order of Forfeiture to be entered.


Additional Counts/Comments:

_____

_____

_____

_____

_____

_____